PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | 2:19CR00051-2 |
| DOCKET NUMBER (Rec. Court) | 20-10089 |

**NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:**

Donna Mahar
District of Massachusetts

**DISTRICT:** DISTRICT OF VERMONT

**DIVISION:**

**NAME OF SENTENCING JUDGE:** The Honorable Christina Reiss

**DATES OF PROBATION/SUPERVISED RELEASE:**
FROM 2/24/2020 TO 2/23/2023

**OFFENSE**

Conspiracy to obstruct justice

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

4/8/2020
Date

/s/ Christina Reiss
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/9/2020
Effective Date

/s/ F. Dennis Saylor IV
United States District Judge